**Entered on Docket**
**February 05, 2010**

*Bruce A. Markell*
_____
Hon. Bruce A. Markell
United States Bankruptcy Judge

Electronically Filed on _____

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Wells Fargo Bank, N.A.
09-78142

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-09-32360-bam |
| Tera Jo Carter | Date: 1/19/2010<br>Time: 1:30 pm |
| Debtor. | Chapter 7 |

## ORDER VACATING AUTOMATIC STAY

1    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the

2    above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to

3    Secured Creditor Wells Fargo Bank, N.A., its assignees and/or successors in interest, of the subject

4    property, generally described as 966 Veranda View Ave., Las Vegas, NV 89123, and legally described

5    as follows:

6

7    PARCEL I:
     Lot Twelve (12) in Block Three (3) of MARYLAND/PEBBLE - UNIT 5, as shown

8    by map thereof on file in Book 79 of Plats, Page 94, and amended by
     Certificate of Amendment recorded July 29, 1997 in Book 970729 Clark

9    County, Nevada Records as Document No. 01294 all in the Office of the
     County Recorder of Clark County, Nevada.

10

11   PARCEL II:
     A non exclusive easement for ingress, egress and of use, in, to and over

12   the Common Area as set forth in the Declaration of Covenants, Conditions
     and Restrictions and Reservation of Easements for Oak Park recorded

13   October 2, 1997 in Book 971002 as Document No. 01633, and may from time to
     time be amended and/or supplemented, in the Office of the County Recorder

14   of Clark County, Nevada, which easement is appurtenant to Parcel I.

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

1      IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall

2    give Debtor at least five business days' notice of the time, place and date of sale.

3              DATED this _____ day of _____, 2010.

4    Submitted by:

5    **WILDE & ASSOCIATES**

6    By:___ /s/Gregory L. Wilde, Esq____

7    **Gregory L. Wilde, Esq.**
     Attorney for Secured Creditor

8    208 South Jones Boulevard
     Las Vegas, Nevada 89107

9

10   APPROVED / DISAPPROVED
     By:_____

11   Corey B. Beck
     524 South 8th St.

12   Las Vegas, NV 89101
     Attorney for Debtor(s)

13

14   Nevada Bar No:_____

15   APPROVED / DISAPPROVED
     By:_____

16   Yvette Weinstein
     6450 Spring Mtn. Rd. #14

17   Las Vegas, NV  89146
     Chapter 7 Trustee

18

19

20

21

22

23

24

25

26

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

\_\_\_\_ The court waived the requirements of LR 9021.

\_\_\_\_ No parties appeared or filed written objections, and there is no trustee appointed in the case.

\_\_\_\_ No parties appeared or filed written objections, and the trustee is the movant.

\_x\_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:

\_\_\_\_ approved the form of this order                \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or   \_x\_ failed to respond to the document

\_\_\_\_ appeared at the hearing, waived the right to review the order

\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

\_\_\_\_ approved the form of this order                \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or   \_x\_ failed to respond to the document

\_\_\_\_ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

\_\_\_\_ approved the form of this order                \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or   \_\_\_\_ failed to respond to the document

\_\_\_\_ appeared at the hearing, waived the right to review the order

\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

\_\_\_\_ approved the form of this order                \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or   \_\_\_\_ failed to respond to the document

\_\_\_\_ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:

/s/ Gregory L. Wilde, Esq.

Gregory L. Wilde, Esq.

Attorney for Secured Creditor